**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**V.**                      **CASE NO. 5:10-CR-50010-001**

**VERNELL R. CONLEY**                                         **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 24) filed in this case on November 24, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendant's Motion to Modify Sentence (Doc. 22) is **DENIED**.

**IT IS SO ORDERED** on this 15th day of December, 2025.

                                                */s/ Timothy L. Brooks*
                                                TIMOTHY L. BROOKS
                                                CHIEF UNITED STATES DISTRICT JUDGE